IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DR. THEODORE J. GOURLEY,<br><br>   Plaintiff,<br><br>   v.<br><br>THE EDUCATIONAL INFORMATION<br>AND RESOURCE CENTER, et al.,<br><br>   Defendants. | Civil No. 08-2031 (RBK) |

### SCHEDULING ORDER

   This Scheduling Order confirms the directives given to counsel at the scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on August 20, 2008; and the Court noting the following appearances: Aaron P. Georghiades, Esquire, appearing on behalf of the plaintiff; and John Wade, Esquire, appearing on behalf of the defendants.

   IT IS this **20th** day of **August, 2008,** hereby **ORDERED:**

   1.   Except with the consent of the parties, all discovery shall be stayed pending further Order of the Court.

   2.   The Court will conduct an in-person settlement conference on **October 30, 2008 at 1:30 p.m**. **Plaintiff and a representative of defendant with final settlement authority shall appear in-person at the scheduled settlement conference.**

   **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                    s/ Joel Schneider
                                    JOEL SCHNEIDER
                                    United States Magistrate Judge